UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| NEVILLE C. BROOKS,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM "BILLY" WOODS, in his official capacity as Sheriff of Marion County; Corporal JASON LESTER, in his individual capacity; and JOHN DOE Nos. 1-20, in their individual capacities,<br><br>        Defendants. | Case No. 5:22-cv-00030 |

**MOTION FOR SPECIAL ADMISSION
AND WRITTEN DESIGNATION AND CONSENT TO ACT
PURSUANT TO RULE 2.02**

In accordance with Local Rule 2.02 of the U.S. District Court for the Middle District of Florida, My Khanh Ngo and Plaintiff, through his undersigned counsel, Amien Kacou, respectfully move for My Khanh Ngo to appear specially as counsel of record on Plaintiff's behalf in the above-styled case only, in accordance with the written designation and consent submitted below, and in support thereof state as follows:

  1.  My Khanh Ngo certifies that she is a member in good standing of the state of California (317817) and the United States District Court for the Northern District of California, is not a resident of the state of Florida, is not admitted to practice in the Middle District of Florida, and has not made appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida. In the past three years, My Khanh Ngo has appeared in the following cases: Brown v. Ramsay, No. 4:18-cv-10279-KMW (S.D. Fl. Feb. 25, 2020).

  2.  Amien Kacou, of the law firm ACLU Foundation of Florida, 4023 N. Armenia Avenue, Suite 450, Tampa, Florida 33607, (813) 288-8390, certifies that he is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system.

3. My Khanh Ngo designates Amien Kacou as a member of the Bar of this Court on whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

4. Amien Kacou consents to be designated as a member of the Bar of this Court on whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

5. In accordance with Local Rule 2.01(d), My Khanh Ngo certifies that she shall, within 14 days, make a payment of this Court's $150 admission fee and comply with this Court's email registration requirements.

6. My Khanh Ngo understands that she shall be familiar with, and shall be governed by, the Local Rules of this Court, the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

WHEREFORE, My Khanh Ngo and Plaintiff move this Court to enter an Order granting My Khanh Ngo to appear before this Court on behalf of Plaintiff for all purposes relating to the proceedings in the above-styled matter.

Date:   January 20, 2022                     Respectfully submitted,

*/s/ My Khanh Ngo*                          */s/ Amien Kacou*
My Khanh Ngo                                Amien Kacou, Fla. Bar No. 44302
American Civil Liberties Union              Trial Counsel
39 Drumm Street                             ACLU Foundation of Florida, Inc.
San Francisco, CA 94111                     4023 N. Armenia Avenue, Suite 450
Tel: (415) 343-0764                         Tampa, FL 33607
mngo@aclu.org                               (813) 288-8390
                                            akacou@aclufl.org

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION FOR SPECIAL ADMISSION AND WRITTEN DESIGNATION AND CONSENT TO ACT PURSUANT TO RULE 2.02 through the CM/ECF system, which will send an electronic notice of such filing to the attorneys of record registered on the CM/ECF system.

Dated this January 20, 2022

                                                 /s/   *Amien Kacou*
                                                 Amien Kacou