UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEVILLE C. BROOKS,

                Plaintiff,

v.

WILLIAM "BILLY" WOODS, in his official capacity as Sheriff of Marion County; Corporal JASON LESTER, in his individual capacity; and JOHN DOE Nos. 1-20, in their individual capacities,

                Defendants.

Case No. 5:22-cv-00030

**MOTION TO APPEAR PRO HAC VICE**

      In accordance with Local Rule 2.02 of the U.S. District Court for the Middle District of Florida, Plaintiff, through his undersigned counsel, Amien Kacou, respectfully moves for Cody Wofsy to appear specially as counsel of record on his behalf in the above-styled case only, in accordance with the written designation and consent filed contemporaneously, and in support thereof state as follows:

      1.     Cody Wofsy certifies that he is a member in good standing of the state of California (294179) and the United States District Court for the Northern District of California, is not a resident of the state of Florida, is not admitted to practice in the Middle District of Florida, and has not made appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida. In the past three years, Cody Wofsy has appeared as counsel for Amici Curiae in the following case: *State of Florida v. United States*, No. 8:21-cv-541 (M.D. Fla.).

      2.     Amien Kacou, of the law firm ACLU Foundation of Florida, 4023 N. Armenia Avenue, Suite 450, Tampa, Florida 33607, (813) 288-8390, certifies that he is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system.

      3.      Cody Wofsy designates Amien Kacou as a member of the Bar of this Court on whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

      4.      As laid out in the written designation and consent filed contemporaneously, Cody Wofsy has designated the undersigned as local counsel, the undersigned has consented to this designation, and Cody Wofsy has otherwise complied with the requirements of the Local Rules of this Court for special admission of non-resident counsel.

      WHEREFORE, Plaintiff moves this Court to enter an Order granting Cody Wofsy's request to appear before this Court on behalf of Plaintiff for all purposes relating to the proceedings in the above-styled matter.

Date:   January 21, 2022                            Respectfully submitted,

| | |
|---|---|
| */s/ Cody Wofsy* | */s/ Amien Kacou* |
| Cody Wofsy | Amien Kacou, Fla. Bar No. 44302 |
| American Civil Liberties Union | ACLU Foundation of Florida, Inc. |
| 39 Drumm Street | 4023 N. Armenia Avenue, Suite 450 |
| San Francisco, CA 94111 | Tampa, FL 33607 |
| Tel: (415) 343-0785 | (813) 288-8390 |
| cwofsy@aclu.org | akacou@aclufl.org |

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing MOTION TO APPEAR PRO HAC VICE through the CM/ECF system, which will send an electronic notice of such filing to the attorneys of record registered on the CM/ECF system.

Dated this January 21, 2022.

                /s/ **Amien Kacou**
                Amien Kacou