UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA,
OCALA DIVISION

| | |
|---|---|
| NEVILLE C. BROOKS,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAM "BILLY" WOODS, in his official capacity as Sheriff of Marion County; Corporal JASON LESTER, in his personal capacity; and JOHN DOE Nos. 1-20, in their personal capacities,<br><br>          Defendants. | Civil Action No. 5:22-cv-00030 |

**NOTICE OF APPEARANCE**

  The undersigned attorney, Daniel B. Tilley, enters his appearance in this matter on behalf of Plaintiff, Neville C. Brooks.

Date: January 25, 2022      Respectfully submitted,

                <u>/s/ Daniel B. Tilley</u>
                **Daniel B. Tilley**
                Florida Bar No. 102882
                American Civil Liberties Union Foundation of Florida, Inc.
                4343 W. Flagler Street, Suite 400
                Miami, FL 33134
                (786) 363-2714
                dtilley@aclufl.org
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

                                    */s/ Daniel B. Tilley*
                                    **Daniel B. Tilley**