# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

NEVILLE C. BROOKS,

               Plaintiff,

   v.

WILLIAM "BILLY" WOODS, *et al.*,

               Defendants.

Case No. 5:22-cv-30-JA-PRL

## NOTICE OF JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 3.09(a), Plaintiff Neville C. Brooks and Defendants William "Billy" Woods and Jason Lester jointly submit this notice of stipulated dismissal of all claims in this matter, with prejudice, and as grounds therefore would state as follows:

1.    The Parties have reached a Settlement Agreement that they believe is a fair, adequate, and reasonable settlement of this action.

WHEREFORE, Plaintiff and Defendants hereby jointly stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs. The parties' stipulation of dismissal follows.

DATE: March 7, 2023

*/s/ Jack Fernandez*
Jack Fernandez (FL Bar No. 843751)
Zuckerman Spaeder LLP
101 E. Kennedy Boulevard, Suite 1200
Tampa, FL 33602
Tel: (813) 221-1010
jfernandez@zuckerman.com

My Khanh Ngo*
Cody Wofsy*
Spencer E. Amdur*
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
mngo@aclu.org
cwofsy@aclu.org
samdur@aclu.org

Omar C. Jadwat*
American Civil Liberties Union
125 Broad Street, 17th Floor
New York, NY 10004
Tel: (212) 549-2660
ojadwat@aclu.org

Alyssa M. Howard*
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
ahoward@zuckerman.com

Amien Kacou (FL Bar No. 44302)
ACLU Foundation of Florida, Inc.
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Tel: (813) 288-8390

akacou@aclufl.org

Katherine H. Blankenship (FL Bar No. 1031234)
Daniel B. Tilley (FL Bar No. 102882)
ACLU Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2700
kblankenship@aclufl.org
dtilley@aclufl.org

Paul R. Chavez (FL Bar No. 1021395)
Felix A. Montanez (FL Bar No. 102763)
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
Tel: (786) 347-2056
paul.chavez@splcenter.org
felix.montanez@splcenter.org

*Appearing Pro hac vice*

*Attorneys for Plaintiff*

*/s/ Bruce R. Bogan*
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile: 407-841-8431
Email: bbogan@hilyardlawfirm.com
       djadon@hilyardlawfirm.com

*Attorneys for Defendant Sheriff William "Billy" Woods*

/s/ Matthew J. Carson
MATTHEW J. CARSON
Florida Bar Number: 0827711
mcarson@sniffenlaw.com
MICHAEL P. SPELLMAN
Florida Bar Number: 937975
mspellman@sniffenlaw.com
SNIFFEN & SPELLMAN, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendant Corporal Jason Lester*