## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### OCALA DIVISION

NEVILLE C. BROOKS,

        Plaintiff,

v.                                                                Case No. 5:22-cv-30-JA-PRL

WILLIAM WOODS, et al.,

        Defendants.

_____

## ORDER

In light of the Notice of Joint Stipulation for Dismissal (Doc. 45), the Clerk is directed to close this case.

**DONE** and **ORDERED** on March ___, 2023.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record